# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **COURTNEY D. HORN II** | ) | Case No.  **23-42297-659** |
| **KATHERINE A. HORN**, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY TO ENTER INTO LOAN MODIFICATION AGREEMENT

**PLEASE TAKE NOTICE: ANY RESPONSIVE PLEADING IN OPPOSITION TO THIS MOTION MUST BE FILED IN WRITING NO LATER THAN 14 DAYS FROM THE DATE OF SERVICE OF THIS MOTION AS SHOWN ON THE CERTIFICATE OF SERVICE. <u>THE CHAPTER 13 TRUSTEE SHALL FILE A RESPONSE WITHIN THAT TIME STATING WHETHER THE CHAPTER 13 TRUSTEE OPPOSES THE RELIEF SOUGHT IN THE MOTION.</u> ANY RESPONSE MUST BE SERVED AT THE TIME OF FILING UPON THE MOVANT. THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE TO ANY PARTY UPON EXPIRATION OF THE RESPONSE PERIOD IF NO RESPONSE IN OPPOSITION IS FILED. IF A RESPONSE IN OPPOSITION IS FILED, THE MOVANT SHALL SET THE MATTER FOR HEARING AND PROVIDE NOTICE THEREOF TO THE RESPONDENT. SHOULD THE RESPONSE IN OPPOSITION BE RESOLVED PRIOR TO THE HEARING, THE HEARING MAY BE CANCELLED UPON NOTICE OF SUCH RESOLUTION TO THE COURT, AND THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE TO ANY PARTY.**

The Debtor(s) Courtney D. Horn II and Katherine A. Horn, file(s) this Motion for Relief from the Automatic Stay to Enter into Loan Modification Agreement (the "Motion"), and, in support thereof, would show the Court the following:

1. The Court has jurisdiction of this Motion pursuant to 28 U.S.C. §§ 157(a) and 1334(a) and Local Rule 9.01(B)(1) of the United States District Court for the Eastern District of Missouri. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

2. As authorized by prior Order of this Court, the Debtor(s) have conducted negotiations with the Debtor's(s')' current mortgage lender, PennyMac Loan Services (the "Lender"), in an attempt to reach agreement on a modification of the loan secured by the

Debtor's(s')' residential real estate located at 3819 Rocky Mound Dr, Wentzville, MO 63385 (the "Loan"). The Debtor(s) and the Lender have reached an agreement to modify the Loan (the "Agreement").

3. The terms of the Agreement are as follows:

|  | Current Mortgage Terms | Proposed Provisional Mortgage Terms (if Applicable) | Proposed Mortgage Terms |
|---|---|---|---|
| **Principal Balance** | $212,438.22 | $ | $209,817.01 |
| **Delinquent Interest Owed** | $4,006.75 | $ | $ |
| **Escrow Advances** | $4,675.86 | $ | $ |
| **Interest Rate** | 3.250% | % | 3.250% |
| **Term** | 30 years |  | 336 months |
| **Monthly Principal/Interest** | $953.28 | $ | $953.28 |
| **Monthly Tax/Insurance** | $667.98 | $ | $698.37 |

Other:

4. Debtor(s) request that the Automatic Stay be lifted for the limited purpose of allowing Debtor(s) and the Lender to enter into the Agreement.

5. Should the Court grant the relief sought in this Motion, the Debtor(s) and/or the Lender will immediately file any amendments of claim or Chapter 13 plan necessary to implement the Agreement.

WHEREFORE, premises considered, the Debtor(s) request that the Court grant the relief requested in this Motion and any other such relief to which the Debtor(s) may be entitled.

Respectfully submitted,
**WESTBROOK LAW GROUP LLC**

/s/ Bryan T. Voss
Bryan T. Voss #48029MO
Brent S. Westbrook #59400MO
Attorneys for Debtors
515 Jefferson Street, Suite C
Saint Charles, Missouri 63301
(636) 493-9231 / Fax (636) 493-1758
bryan@westbrooklawgroup.com
www.westbrooklawgroup.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on August 25, 2023 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ Bryan T. Voss
Bryan T. Voss